NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1181
(Cancellation No. 92/032,447)

MARC MATHERS,

Appellant,

v.

YSHHEYNA HAMILLA,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

Before NEWMAN, RADER, and SCHALL, Circuit Judges.

NEWMAN, Circuit Judge.

ORDER

Marc Mathers moves for reconsideration of the court's June 3, 2009 order dismissing his appeal. Yshheyna Hamilla opposes. Mathers replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

AUG 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Charles E. Lykes, Jr., Esq.
Ferdinand M. Romano, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2009

JAN HORBALY
CLERK